

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-94,879-01

### EX PARTE ANDRE RASHAD DILLARD, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1319190-A IN THE 185TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Applicant was convicted of delivery of cocaine and sentenced to 180 days in the State Jail. Applicant, through habeas counsel, filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his guilty plea was involuntary because he did not know of the bad acts of the police officer who implicated him in this alleged offense. The State and the trial court agree that Applicant's plea was involuntary. *Ex parte Mathews*, 638 S.W.3d 685 (Tex. Crim. App. 2022); *Ex parte Coty*, 418 S.W.3d 597 (Tex. Crim. App. 2014). The State and the trial court both recommend granting relief. We agree. Applicant is entitled to relief.

Relief is granted. The judgment in cause number 131919001010 in the 185th District Court of Harris County is set aside, and Applicant shall answer the charges as set out in the indictment. The trial court shall issue any necessary orders within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice—Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: August 23, 2023

Do not publish